**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-61699-Civ-COOKE/TURNOFF**

KATHERINE W. YOUNG,

     Plaintiff

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

     Defendant.

_____/

**<u>FINAL JUDGMENT</u>**

THIS MATTER is before me on Plaintiff's Motion for Entry of Final Judgment (ECF

No. 43).  Having reviewed the motion, the record, and Plaintiff's Notice of Acceptance of Offer

of Judgment (ECF No. 42), I hereby **ORDER and ADJUDGE** that the Motion is **GRANTED**.

Plaintiff, Katherine W. Young shall recover from Defendant Monarch Recovery Management,

Inc., f/k/a Academy Collection Service, Inc., with respect to Plaintiff's claims under the Fair

Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., the amount of **$1,001.00** that shall bear

interest at the Florida legal rate of 4.75% per year, for which let execution issue.

The Court reserves jurisdiction on the matter of Plaintiff's attorney fees and costs.  The

Clerk is directed to **CLOSE** this case.  All pending motions are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida this 31st day of January 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of Record*