UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61699-Civ-Cooke/Turnoff

KATHERINE W. YOUNG,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC.
f/k/a ACADEMY COLLECTION SERVICE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT REGARDING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

    Plaintiff, Katherine W. Young, gives notice that, moments ago, the parties reached a settlement regarding Plaintiff's Motion for Attorney's Fees (DE 46) and that the motion may be denied as moot and the hearing set of 2:00 PM today may be cancelled.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61699-Civ-Cooke/Turnoff

KATHERINE W. YOUNG,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC.
f/k/a ACADEMY COLLECTION SERVICE, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 30, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Dayle M. Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2463
Facsimile: 866-466-3140

Via Notices of Electronic Filing generated by CM/ECF