UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-61699-CV-COOKE/TURNOFF

KATHERINE W. YOUNG,
on behalf of herself and all
others similarly situated,

    Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,
f/k/a ACADEMY COLLECTION SERVICE, INC.,

    Defendant.
_____/

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Attorney's Fees **[DE46]**, Plaintiff's Notice of Settlement **[DE56]**, and a prior Order of Referral entered by the Honorable Marcia G. Cooke.

Upon review of the Motion **[DE46]**, the Notice **[DE56]**, the court file, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Attorneys's Fees **[DE46]** is **DEEMED MOOT**. It is **FURTHER ORDERED AND ADJUDGED** that the hearing scheduled to take place before the undersigned on **Wednesday, May 30, 2012** is hereby **CANCELLED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 31 day of May 2012.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Marcia G. Cooke
        Counsel of Record